NO.
12-06-00224-CR

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS DISTRICT

 

TYLER, TEXAS

 

 

TYUS DUDLEY,                                           §          APPEAL FROM THE 241ST

APPELLANT

 

V.                                                                    §          JUDICIAL DISTRICT COURT OF

 

THE STATE OF TEXAS,

APPELLEE                                                   §          SMITH COUNTY, TEXAS

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER CURIAM








            Appellant
pleaded guilty to the offense of evading arrest or detention.  The trial court assessed punishment at
confinement for twelve months.  We have
received the trial court’s certification showing that this is a plea bargain
case and that Appellant has no right to appeal. 
See Tex. R. App. P. 25.2.  Appellant states in his notice of appeal that
he wishes to assert ineffective assistance of counsel on appeal.  However, the clerk’s record shows that
Appellant pleaded guilty and that the punishment assessed did not exceed the
punishment recommended by the prosecutor and agreed to by Appellant.  See Tex.
R. App. P. 25.2(2).  Therefore,
Appellant may appeal only those matters that were raised by written motion
filed and ruled on before trial or after getting the trial court’s permission
to appeal.  See Tex. R. App. P. 25.2(2)(A), (B).  Appellant
has not satisfied either criterion. 
Accordingly, the appeal is dismissed for want of
jurisdiction.

Opinion delivered July 5,
2006.

Panel consisted of Worthen, C.J. and Griffith, J.

 

 

(DO NOT PUBLISH)